UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| April Cosman, | Case No. 0:21-cv-674-PAM/ECW |
| Plaintiff, | |
| | **NOTICE OF SETTLEMENT** |
| vs. | |
| JPMorgan Chase Bank, N.A., | |
| Defendant. | |

_____

PLEASE TAKE NOTICE that all claims in the above-captioned action have been settled.  Accordingly, the parties jointly request that the settlement conference scheduled for August 10, 2021 [ECF No. 13] be cancelled.  The parties anticipate filing a Stipulation of Dismissal with Prejudice and Proposed Order within the next 30 days, once the settlement agreement has been fully executed.

| | |
|---|---|
| Dated:  July 28, 2021 | **WALKER & WALKER LAW OFFICES PLLC** |
| | By:   s/ Kimberly Zillig |
| | Kimberly Zillig (#0278129) |
| | kimberly@bankruptcytruth.com |
| | 4356 Nicollet Ave. S. |
| | Minneapolis, MN 55409 |
| | Tel: (612) 824-4357 |

|  |  |
|---|---|
|  | *Attorneys for Plaintiff April Cosman* |
|  | **DYKEMA GOSSETT PLLC** |
| Dated: July 28, 2021 | By:  s/ Kristina H. Kaluza<br>Kristina H. Kaluza (#0390899)<br>4000 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 486-1520<br>Facsimile: (855) 227-5097<br>Email: kkaluza@dykema.com |
|  | *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |