UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| April Cosman, | Case No. 0:21-cv-674-PAM/ECW |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| JPMorgan Chase Bank, N.A., | |
| Defendant. | |

_____

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff April Cosman and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their undersigned attorneys, that all claims by Plaintiff against Chase shall be dismissed with prejudice, on their merits, and in their entirety, and without an award of costs, disbursements, or attorneys' fees to either Plaintiff or Chase.

Dated:  August 26, 2021                **WALKER & WALKER LAW OFFICES PLLC**

By: s/ Kimberly Zillig_____
Kimberly Zillig, #278129
kimberly@bankruptcytruth.com
4356 Nicollet Ave. S.
Minneapolis, MN 55409
Tel: (612) 824-4357

*Attorneys for Plaintiff April Cosman*

**DYKEMA GOSSETT PLLC**

Dated: August 26, 2021

By: s/ Kristina H. Kaluza
Kristina H. Kaluza (#0390899)
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 486-1520
Facsimile: (855) 227-5097
Email: kkaluza@dykema.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*