UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

April Cosman,                                           Civ. No. 21-674 (PAM/ECW)

          Plaintiff,

v.                                                                                  **ORDER**

JPMorgan Chase Bank, N.A.,

          Defendant.

This matter is before the Court on the parties' Stipulation of Dismissal with prejudice. (Docket No. 17.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and with each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Monday, August 30, 2021

                                             *s/ Paul A. Magnuson*
                                             Paul A. Magnuson
                                             United States District Court Judge